In re Lair, Robert;—Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. F, No. 229,955; to the Court of Appeal, Third Circuit, No. CW 10-00526.
Writ granted. If it has not already done so, the court of appeal is ordered to reach the merits of relator’s filing so as to afford him reasonable access to the courts. La. Const. art. I, Section 22; Gibbs v. Louisiana Dept. of Public Safety and Corrections, 08-0815 (La.1/30/09), 999 So.2d 1137; Carter v. Cain, 99-2349 (La.1/28/00), 753 So.2d 225; Smith v. Terrell, 97-0640 (La.9/5/97), 699 So.2d 74; State ex rel. Johnson v. Maggio, 440 So.2d 1336, 1337 (La.1983); Smith v. Cajun Insulation, 392 So.2d 398, 402 n. 2 (La.1980).